UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB AVERY TBEAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARRY FORMAN,<br><br>　　　　Defendant. | Case No. 17-cv-00796-JSC<br><br>**ORDER GRANTING MOTION TO COMPEL AND TO AMEND**<br><br>Re: Dkt. Nos. 79, 80 |

Plaintiff, represented by counsel, initiated this lawsuit in early 2017 seeking over a hundred million dollars in damages from Defendant. Now pending before the Court is Defendant's motion to compel documents Plaintiff is withholding on grounds of privilege and to amend. (Dkt. Nos. 79, 80.) Plaintiff has not filed an opposition to either motion. After carefully considering Defendant's motions, the Court concludes that oral argument is unnecessary, *see* Civ. L.R. 7-1(b), and GRANTS both motions.

**1.    Motion to Compel**

As detailed in Defendant's motion, Plaintiff has withheld thousands of pages of documents on grounds of privilege, but has not complied with the requirement of production of a privilege log. The supposed log produced on May 31, 2018 does not comply with the rules, and from the scant information in the log it is apparent that neither Plaintiff nor his former counsel reviewed most of the documents Plaintiff is refusing to produce and that there is no good faith basis for refusing production. For the reasons set forth in Defendant's unopposed motion, the Court finds that Plaintiff has waived a privilege, if any, in those withheld documents. *See Burlington Northern & Santa Fe Ry. Co. v. U.S. Dist. Court for Dist. of Mont.*, 408 F.3d 1142, 1149-50 (9th Cir. 2005).

Plaintiff shall immediately produce the withheld documents and by tomorrow, Thursday, July 19, 2018, shall speak with Defendant's counsel regarding the production. If there are particular documents Defendant wants Plaintiff to prioritize for production prior to Plaintiff's July 25 and July 26 deposition, Plaintiff shall ensure that those documents are produced first. Plaintiff may have to later appear for a continued deposition if documents are produced after his deposition and Defendant needs to question him about them, but Plaintiff's deposition shall go forward next week as previously scheduled. (Dkt. No. 78.) The parties shall still appear by telephone for a continued case management conference on July 26, 2018 at 1:30 p.m.

### 2. Motion to Amend

Defendant's motion to amend his answer and counterclaims is GRANTED as he has shown good cause under Rule 16(b)(4) for the amendment and Plaintiff has not filed an opposition to the motion. The amended pleadings shall be filed by Friday, July 20, 2018.

### 3. Pro Se Help Desk

The Court reminds Plaintiff that as he is now proceeding pro se, he should consult the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding his claims.

This Order disposes of Docket Nos. 79 and 80.

**IT IS SO ORDERED.**

Dated: July 18, 2018

*Jacqueline S. Corley*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge