UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALEB AVERY TBEAR,

Plaintiff,

v.

BARRY FORMAN,

Defendant.

Case No. 17-cv-00796-JSC

**ORDER TO SHOW CAUSE**

On April 5, 2019, the Court issued an order following a case management conference held the day before, in which it ordered Plaintiff to, among other things, provide Defendant with all documents related to Urso Ltd. and its ownership and assets from 2015 to the present.  (Dkt. No. 161.)  Plaintiff indicated at the April 4, 2019 conference that he would provide the requested documents.  (*See* Dkt. No. 164 at 7-8.)

At Defendant's request, the Court held a scheduled telephone conference on April 18, 2019 to discuss the status of Plaintiff's compliance with the April 5, 2019 Order.  The Court notified Plaintiff of the conference by email and telephone, but Plaintiff failed to appear.  Defendant appeared and asserted that Plaintiff has not produced all of the ordered documents.

Accordingly, Plaintiff has until to April 23, 2019 to comply with the Court's April 5, 2019 Order and produce all of the requested documents, including documents showing the originally purported transfer of interest.  If Plaintiff does not produce to Defendant all of the ordered documents by that date, he shall file a written submission by the same date, explaining why default should not be entered against him as to Defendant's rescission claim in light of Plaintiff's failure to comply with the Court's orders.

**IT IS SO ORDERED.**

Dated:  April 18, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge