UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB AVERY TBEAR,<br><br>   Plaintiff,<br><br>   v.<br><br>BARRY FORMAN,<br><br>   Defendant. | Case No. 17-cv-00796-JSC<br><br>**ORDER RE: MOTION TO ENLARGE TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 290 |

The Court entered judgment in this case on February 24, 2020. (Dkt. No. 240.) On August 5, 2021, Plaintiff Caleb Avery t'Bear filed an emergency motion to set aside the judgment, (Dkt. No. 288), and Defendant Barry Forman now moves to enlarge time to file an opposition by one week. (Dkt. No. 290.) The deadline for Plaintiff to oppose an enlargement has passed. *See* N.D. Cal. Civ. L.R. 6-3(b).

Defendant explains with particularity that lead counsel and co-counsel have planned vacations this month and that Defendant would be prejudiced by opposing Plaintiff's motion under the time constraints. Defendant also describes unsuccessful efforts to obtain a stipulation for the enlargement of time. The enlargement will have no effect on the case schedule as it will not delay the hearing. *See* N.D. Cal. Civ. L.R. 6-3(a); Fed. R. Civ. P. 6(b)(1)(A) ("[T]he court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]").

Accordingly, the motion is GRANTED. Defendant's opposition to Plaintiff's emergency motion to set aside the judgment is due on or before August 26, 2021. Plaintiff's reply is due on or before September 2, 2021. The hearing remains set for September 30, 2021.

//

**IT IS SO ORDERED.**

Dated: August 17, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge